1  **EFREN B. WILLIAMS SBN 224345**
   **1010 F STREET THIRD FLOOR**
2  **SACRAMENTO, CA 95814**
   **PHONE (916) 4431010**
3  **FACSIMILE (916) 4431011**

4

5

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 **RODGER L. McAFEE**              )    Case No.: CV-F-96-5720 AWI SMS
                                     )
12                                   )    **PROPOSED SUBSTITUTION OF**
              **DEFENDANT**          )    **ATTORNEY AND ORDER**
13                                   )
                                     )
14 **v.**                            )
                                     )
15 **THE UNITED STATES OF AMERICA**  )    DATE APRIL 18, 2005
                                     )    TIME: 1:30 P.M.
16                                   )    DEPT
                                     )
17        **PLAINTIFF**               )
                                     )
18 _____  )

19     Pro se Defendant Rodger L. McAfee requests that he be allowed to substitute Efren B.

20 Williams as attorney of record in the foregoing action.  Rodger L. McAfee is currently

21 representing himself in the foregoing case and his contact information is:Rodger L. McAfee, 9960

22 W. Manning Avenue, Fresno, CA 93706, telephone number (559) 486-5795. Rodger L. McAfee

23 freely consents to this substitution.

24

25

26

27

28

1  I CONSENT TO THIS SUBSTITUTION

2  DATE: April 12, 2005

3

4                                                    /s/ Rodger L. McAfee

5                                                    signature of party

6                                                    RODGER L. MCAFEE

7

8

9  I CONSENT TO THIS SUBSTITUTION

10 DATE: April 12, 2005

11

12                                                   /s/ Rodger L. McAfee

13                                                   signature of former pro se party

14                                                   RODGER L. MCAFEE

15

16 I ACCEPT THIS SUBSTITUTION

17

18 DATE: April 12, 2005

19                                                   /s/ Efren B. Williams

20                                                   signature of new attorney

21                                                   EFREN B. WILLIAMS

22

23         IT IS SO ORDERED.

24 **Dated:   April 15, 2005**                       **/s/ Anthony W. Ishii**
   0m8i78                                            UNITED STATES DISTRICT JUDGE

25

26

27

28